Stoneham v Joseph Barsuk, Inc. (2023 NY Slip Op 00616)

Stoneham v Joseph Barsuk, Inc.

2023 NY Slip Op 00616

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: WHALEN, P.J., SMITH, WINSLOW, AND BANNISTER, JJ. (Filed Dec. 27, 2022.)

MOTION NO. (670/22) CA 21-01542.

[*1]MARK A. STONEHAM AND BONNIE STONEHAM, PLAINTIFFS-APPELLANTS, 
v
JOSEPH BARSUK, INC., ET AL., DEFENDANTS, AND DAVID J. BARSUK, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals granted.